Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

U.S. BANK TRUST, N.A.,
As Trustee for LSF9 Master
Participation Trust,
        Plaintiff,

v.

RICHARD R. GROSS, SR., and
DEBBIE D. GROSS,
        Defendants.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 16-cv-6640

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the action is dismissed without prejudice for lack of subject matter jurisdiction.

Date: June 16, 2017

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Elizabeth Burger
   Deputy Clerk